857 A.2d 1280

IN THE MATTER OF JOHN A. EVANS, AN ATTORNEY
AT LAW (ATTORNEY NO. 016541983).

October 6, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision ·in DRB 04–140, concluding that **JOHN A. EVANS** of **MARLTON**, who was admitted to the bar of this State in 1984, should be suspended from the practice of law for a period of three months for violating *RPC* 4.1(a)(2) (failure to disclose a material fact to a third party when disclosure is necessary to avoid assisting a fraudulent act by a client), *RPC* 8.4(a) (violation of the *Rules of Professional Conduct* ), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **JOHN A. EVANS** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.